IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EVER-SEAL, INC.,
    Plaintiff(s),

v.

Case No. _____

DURASEAL, INC.,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, EVER-SEAL, INC. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information.** <u>Attach separate pages as necessary to fully provide required information.</u>

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☑ This party is a privately held corporation, incorporated in Tennessee and with a principal place of business in Tennessee.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 5/18/22    Signature: /s/ Steve Nelson

Printed Name: Steve Nelson

Title: Chief Executive Officer and Treasurer, Ever-Seal, Inc.

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via U.S. mail and e-mail on May 18, 2022

upon:

DuraSeal, Inc.
c/o United States Corporation Agents, Inc., Registered Agent
221 N. Broad St, Suite 3A
Middletown, DE 19709

Respectfully submitted,

/s/ Stephen J. Zralek
Stephen J. Zralek, BPR #18971
SPENCER FANE BONE MCALLESTER
511 Union Street, Suite 1000
Nashville, TN 37219
Tele: (615) 238-6305
Fax: (615) 238-6301
szralek@spencerfane.com

Breanna R. Spackler (*pro hac vice pending*)
1000 Walnut, Suite 1400
Kansas City, MO 64106
Tele: (816) 292-8487
Fax: (816) 474-3216
bspackler@spencerfane.com

*Attorneys for Plaintiff*