IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EVER-SEAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:22-cv-00365 |
| | ) JUDGE RICHARDSON |
| DURASEAL, INC., | ) |
| Defendant. | ) |

## NOTICE OF FILING

Defendant DuraSeal, Inc. gives notice of filing the following exhibits in support of its Motion to Dismiss Plaintiff's Amended Complaint:

1. **Exhibit A**: Declaration of Stephen Bradley Halferty and accompanying Exhibits 1 through 7;

2. **Exhibit B**: Voluntary Petition for Individuals Filing for Bankruptcy in *In re: Stephen Bradley Halferty*, Case No. 22-00101-5-DMW pending in the U.S. Bankruptcy Court for the Eastern District of North Carolina, Raleigh Division;

3. **Exhibit C**: Plaintiff's Verified Complaint Voluntary Petition for Individuals Filing for Bankruptcy in *In re: Stephen Bradley Halferty*, Case No. 22-00101-5-DMW pending in the U.S. Bankruptcy Court for the Eastern District of North Carolina, Raleigh Division;

4. **Exhibit D**: Entered Order Denying Relief from Automatic Stay Voluntary Petition for Individuals Filing for Bankruptcy in *In re: Stephen Bradley Halferty*, Case No. 22-

1

00101-5-DMW pending in the U.S. Bankruptcy Court for the Eastern District of North Carolina, Raleigh Division; and

5. **Exhibit E:** Proposed Order Granting Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted,



By: */s/ Thomas W. Shumate*
Thomas W. Shumate IV (TN BPR # 019595)
5141 Virginia Way, Suite 320
Brentwood, TN 37027
Tel.: (615) 229-7499
Fax : (615) 229-7498
www.meridian.law
tom.shumate@meridian.law
*Attorney for DuraSeal, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using the Court's CM/ECF system on July 1, 2022, which will automatically send a copy of the filing to all counsel of record in this case.

*/s/ Thomas W. Shumate IV*
Thomas W. Shumate IV